OTC



RECEIVED

(Rev. 12/6/12)
DEC 27 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT LOUISIANA
BY_____Kea_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

| Stephanie Lewis | Civil No. 5:17-cv-1674 |
|---|---|
| Plaintiff | |
| VS. | Judge |
| Southern oaks nursing LLC | Magistrate Judge |
| Defendant | |

## COMPLAINT
### UNDER SECTION 706(f) OF THE CIVIL RIGHTS ACT OF 1964

A. Describe in your own words the employment practices about which you are complaining, identifying the persons, companies, unions, agencies or bodies you say have engaged in such practices. Attach an additional sheet, if necessary.

_____

B. Have you filed with the Equal Employment Opportunity Commission (EEOC) a charge relating to such practices? Yes ☒   No ☐

C. Have you received from the EEOC a letter notifying you of your "right-to-sue" respecting such charges? Yes ☒   No ☐

If "Yes," attach a copy of such letter and notice, and state when you received same.

Date received: 10/4/2017

D. Have you received from the EEOC a copy of its determination with regard to your charges?
Yes ☒   No ☐

If "Yes," attach a copy of such determination. Also, if you disagree with any of the EEOC's findings or conclusions, state why:

_____

E. Give any other information you desire to disclose which supports your claim of discriminatory employment practices.

_____

(Rev. 12/6/12)

F. Under penalty of perjury, I declare that the information given in this complaint is true and correct.

Date: 12/27/2017

_Stephanie Lewis_
_D. Lewis_
(Signature)

6018 Alycia Nikole Ln
(Street Address or P.O. Box)

Shreveport    La    71129
(City)        (State)  (Zip Code)

504 - 715-7096
(Area Code)  (Telephone Number)

_____
(Witness)

_____
(Witness)